# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148465

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RACHEL MARIE MOORE,
      Defendant-Appellant.

SC: 148465
COA: 311870
Midland CC: 11-004983-FC

_____/

     On order of the Court, the application for leave to appeal the November 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

d0421